IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| YOLANDA NKEMAKOLAM, as Parent and Next Friend of K.N., et al.<br><br>Plaintiffs,<br><br>v.<br><br>ST. JOHN'S MILITARY SCHOOL, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 12-CV-2132 JWL/KGG<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO AMEND AND FILE SECOND AMENDED COMPLAINT

Plaintiffs, Yolanda Nkemakolam, as parent and next friend of K.N. ("K.N."), Christine Stacy, as parent and next friend of N.S. ("N.S."), Patrick Stacy, as parent and next friend of G.S. ("G.S."), Diane Timm, as parent and next friend of H.T. ("H.T."), Jennifer Mactagone, as parent and next friend of J.M ("J.M."), Carin Obad, as parent and next friend of Z.O. ("Z.O."), and Michael Kelly ("M.K.") (all Plaintiffs will collectively be referred to as "Plaintiffs"), respectfully move this Court for an Order granting Plaintiffs leave to amend and file a Second Amended Complaint. Plaintiffs' incorporate their Memorandum in Support of this Motion for Leave to Amend as though fully included herein and in further support state:

After initially filing this matter, Plaintiffs have learned information from additional individuals who request to be included in this lawsuit. Additionally, there is a new Defendant to be added, the President of St. John's Military School for actions he participated in, and an additional claim for spoliation of evidence related to actions taken by St. John's after filing of the initial lawsuit.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs leave to amend and file their Second Amended Complaint attached hereto as Exhibit A, and for any further relief this Court deems just and proper.

Respectfully submitted,

**MILLER SCHIRGER, LLC**

/s/ Daniel R. Zmijewski
Daniel R. Zmijewski, KS # 21275
Joseph M. Feierabend, KS #78350
4520 Main Street, Suite 1570
Kansas City, MO 64111
P: 816-561-6500
F: 816-561-6501
E: dzmijewski@millerschirger.com
E: jfeierabend@millerschirger.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

   I hereby certify that on June 12, 2012, the foregoing was elctronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the attorneys listed below, and a copy was also sent via U.S. Mail to:

John G. Schultz
Derek Johannsen
Franke Schultz & Mullen, P.C.
8900 Ward Parkway
Kansas City, MO  64114
P: (816) 421-7100
F: (816) 421-7915
E: jschultz@fsmlawfirm.com
E: djohannsen@fsmlawfirm.com
Attorneys for Separate Defendant
St. John's Military School


Timothy J. Finnerty
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
400 O.W. Garvey Center
200 West Douglas
Wichita, KS  67202
P: (316) 269-2100
F: (316) 269-2479
E: tfinnerty@wsabe.com
Attorneys for Defendant The Episcopal Diocese of Western Kansas


Paul D. Satterwhite
Husch Blackwell LLP
901 St. Louis Street, Suite 1800
Springfield, MO  65806
P: (417) 268-4000
F: (417) 268-4040
E: paulsatterwhite@huschblackwell.com
Attorneys for Defendant The Domestic and Foreign Missionary Society of the
Protestant Episcopal Church in the United States of America



  /s/ Daniel R. Zmijewski
  ATTORNEY FOR PLAINTIFFS