IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| YOLANDA NKEMAKOLAM, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 12-cv-02132-JWL-KGG |
| v. ) | |
| ) | |
| ST. JOHN'S MILITARY SCHOOL, et. al. ) | |
| ) | |
| Defendants. ) | |

### MINOR PLAINTIFFS' MOTION FOR ORDER OF APPROVAL
### BY AFFIDAVIT

Minor Plaintiffs J.A., J.M., G.S., and L.T., (collectively "Minor Plaintiffs") by and through their next friends, move for approval of resolution of their claims by affidavit. In support thereof, Minor Plaintiffs state as follows:

1. Plaintiff J.A. is a minor, born on December 11, 1998, and proceeds through his next friend Jeena Andrews. J.A. resides in the home of his natural mother, Jeena Andrews, in Aptos, California.

2. Plaintiff J.M. is a minor, born on July 25, 1997, and proceeds through his next friend Jennifer Mactagone. J.M. resides in the home of his natural mother, Jennifer Mactagone, in Auburn, California.

3. Plaintiff G.S. is a minor, born on April 18, 1997, and proceeds thorough his next friend Patrick Stacy. G.S. resides in the home of his natural father, Patrick Stacy, in Broomfield, Colorado.

4. Plaintiff L.T. is a minor, born on March 27, 1996, and proceeds through his next friend Janet Traylor. L.T. resides in the home of his natural mother, Janet Traylor, in Dallas, Texas.

5. Minor Plaintiffs attended St. John's Military School in Salina, Kansas, and have alleged varying degrees of mistreatment and injury while in attendance at St. John's Military School.

6. This action was originally filed on March 5, 2012. The parties engaged in extensive written discovery, briefed summary judgment and other motions up to the eve of trial.

7. Based on the status of the case at the time of trial, Minor Plaintiffs, through their next friends, desire to fully and finally resolve their claims against St. John's Military School.

8. The Next Friends, after consulting with the Minor Plaintiffs, considered the contested issues in this litigation, as well as the need for future care and treatment and, when balanced against the risks of litigation with St. John's Military School, believe that the present settlement represents a sound compromise and is in the best interests of the Minor Plaintiffs.

9. The Minor Plaintiffs and St. John's Military School have agreed that the existence, terms, and conditions of the agreement are strictly confidential, and not to be disclosed to any third party.

10. The Minor Plaintiffs, through their next friends, understand they have a right to appear at a hearing on their motion to approve the resolution, but seek approval of this settlement by affidavit to avoid the time, burden and litigation cost of travel required to appear at a hearing.

11. The general terms and conditions of the agreement and the parties' consent thereto and execution thereof are maintained by the parties and will be provided to the Court at the hearing.

12. The agreed upon resolution between Plaintiff J.A. and St. John's, the contractual attorney fees, the litigation expenses, and acknowledgement that the agreement is fair, reasonable, and in the best interests of J.A. are contained in the executed affidavit to be presented to the Court.

13. The agreed upon resolution between Plaintiff J.M. and St. John's, the contractual attorney fees, the litigation expenses, and acknowledgement that the agreement is fair, reasonable, and in the best interests of J.M. are contained in the executed affidavit to be presented to the Court.

14. The agreed upon resolution between Plaintiff G.S. and St. John's, the contractual attorney fees, the litigation expenses, and acknowledgement that the agreement is fair, reasonable, and in the best interests of G.S. are contained in the executed affidavit to be presented to the Court.

15. The agreed upon resolution between Plaintiff L.T. and St. John's, the contractual attorney fees, the litigation expenses, and acknowledgement that the agreement is fair, reasonable, and in the best interests of L.T. are contained in the executed affidavit to be presented to the Court.

16. The Minor Plaintiffs, through their next friends, have employed the legal services of DRZ Law, LLC and agreed to the association of Humphrey, Farrington & McClain, P.C., and believe the contractual attorneys' fees and litigation expenses incurred to date are fair and reasonable, and ask the Court to approve the same.

17. The Minor Plaintiffs, through their next friends, believe that the resolution terms and conditions of the agreements are fair, reasonable, and in the best interests of the Minor Plaintiffs, and ask the Court to approve the same.

WHEREFORE, based on the foregoing, the Minor Plaintiffs by and through their next friends, move the Court for an Order approving the agreement as fair, reasonable, and in the best interests of Minor Plaintiffs following a hearing attended by counsel for the Minor Plaintiffs and St. John's in this matter.

Respectfully submitted:

____/s/ Daniel R. Zmijewski_____
DANIEL R. ZMIJEWSKI        #21275
DRZ Law, LLC
9229 Ward Parkway, Suite 370
Kansas City, Missouri 64114
(816) 333-4379
(816) 523-5667 fax
Dan@DRZLawFirm.com


KENNETH B. McCLAIN        #77960
MICHAEL S. KILGORE        #23025
HUMPHREY FARRINGTON & MCCLAIN
221 W. Lexington, Suite 400
Independence, MO 64050
816-836-5050
816-836-8966 fax
kbm@hfmlegal.com
msk@hfmlegal.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 25, 2014, I electronically filed the foregoing **Minor Plaintiffs' Motion For Order of Approval by Affidavit** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

John G. Schultz
jschultz@fsmlawfirm.com
Derek Johannsen
djohannsen@fsmlawfirm.com
FRANKE SCHULTZ & MULLEN, P.C.
8900 Ward Parkway
Kansas City, MO  64114
*Attorneys for Defendant St. John's Military School*